# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SAMANTHA TRASK,

    Plaintiff,

v.

ALLEN TRACY LAWHON, et al.,

    Defendants.

Case No. 2:26-cv-00192-NJK

**Order**

On March 13, 2026, the Court ordered the parties to show cause in writing, no later than March 20, 2026, why sanctions up to a $500 court fine per party should not be imposed for failure to comply with the Court's order. Docket No. 15. The Court explained that if the parties filed a joint statement indicating whether they consent to trial by the undersigned magistrate judge, by March 20, 2026, the instant Order to Show Cause would be automatically discharged. *See id.* The parties filed a joint statement indicating that they do not consent to trial by a magistrate judge and request that a district judge be assigned to this case. Docket No. 16.

Accordingly, the Order to Show Cause is **DISCHARGED**. Docket No. 15. The Clerk's Office is **INSTRUCTED** to assign a district judge to this matter.

IT IS SO ORDERED.

Dated: March 16, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1